## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HUBERT WREN                                                                                    PLAINTIFF

v.                                            No. 1:12CV00023 JLH

TRAVIS ENGLER, in his individual and
official capacity as Jail Administrator,
Jackson County, Arkansas                                                                       DEFENDANT

## JUDGMENT

This matter came before the Court for a jury trial on the 27th day of August, 2013. The plaintiff, Hubert Wren, appeared in person and through his attorney, Austin Porter, Jr. The defendant, Travis Engler, appeared in person and through his attorney, Nicholas Rudolph Windle. Both parties announced ready for trial. A jury of twelve was selected and duly sworn. At the conclusion of all of the evidence, and after the jury had been instructed on the law, the jury returned a verdict as follows:

>    On Plaintiff Hubert Wren's claim against Defendant Travis Engler, as submitted in Instruction No. 5, we find in favor of: [Hubert Wren.]
>                                        ∗ ∗ ∗
>    We find Plaintiff Hubert Wren's damages to be:
>    $ _5,000.00_ (state the amount or, if none, write the word "none," or if you find that the Plaintiff's damages have no monetary value, state the nominal amount of $1.00).
>                                        ∗ ∗ ∗
>                                                    __[*signature of foreperson*]__
>                                                    Foreperson

Dated:   _8-28-2013_

Judgment is therefore entered in favor of Hubert Wren against Travis Engler in the amount of $5,000.00 plus post-judgment interest to accrue at the rate of 0.14%, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 29th day of August, 2013.

```
                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE
```